GARY M. RESTAINO
United States Attorney
District of Arizona
GORDON DAVENPORT, III
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Gordon.davenport.iii@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 20-1706 TUC JGZ (MSA) |
|---|---|
| Plaintiff, | RELEASE OF LIS PENDENS |
| vs. | As to:<br>6904 Leo Lane, Lakeside, Arizona |
| Carlos Victor Passapera Pinott,<br>Defendant. | Titled Owners:<br>Carlos Victor Passapera and Cynthia Aleece Gonzalez |

NOTICE IS GIVEN that the United States of America hereby releases the Lis Pendens as to the real property situated in Navajo County, Arizona, with any and all improvements, fixtures and appurtenances attached thereto and thereon, known as and located at 6994 Leo Lane, Lakeside, Arizona, with Navajo County Assessor parcel number 212-71-024, more particularly described as:

Lot 24 of Starlight Ridge Estate Unit 1, according to Book 23 of Plats, Page 43, Records of Navajo County, Arizona

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

which Lis Pendens was recorded on October 27, 2020 at sequence number 2020-21748, records of the Navajo County Recorder's Office, Tucson, Arizona.

DATED this 26th day of January, 2024.

> GARY M. RESTAINO
> United States Attorney
> District of Arizona
>
> *S/ Gordon Davenport, III*
>
> _____
> GORDON DAVENPORT, III
> Assistant U.S. Attorney